# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

WILLIAM L. JOHNSON

v.

DONAL CAMPBELL, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   03-1037-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/24/05, the plaintiff's equal protection claim is DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997(e)(a). The defendants' motion for summary judgment is GRANTED as to the plaintiff's remaining claims. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and the plaintiff may not proceed on appeal *in forma pauperis*. If the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in <u>McGore v. Wigglesworth</u>, 114 F.3d 601, 610-11 (6th Cir. 1997) and 28 U.S.C. § 1915(b).

APPROVED:

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

DATE  6/24/05

BY:  *C. Reid*
DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  06-27-05 .



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:03-CV-01037 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Michael B. Schwegler
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202--020

William L. Johnson
NWCX - Site 2
#337618
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT