IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**FILED BY**

JUL 1 3 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

WILLIAM JOHNSON,

    Plaintiff,

vs.

No. 03-1037-T/An

DONAL CAMPBELL, et al.,

    Defendants.

---

ORDER DENYING PETITION TO REHEAR ORDER DENYING
MOTION FOR APPOINTMENT OF COUNSEL

---

Plaintiff filed this *pro se* complaint under 42 U.S.C. § 1983. On May 23, 2005, Plaintiff filed a motion for the appointment of counsel. The court denied Plaintiff's motion in an order entered on June 21, 2005. Plaintiff has now filed a "petition to rehear" the order denying his motion for the appointment of counsel. Judgment was entered against Plaintiff on June 27, 2005. Therefore, Plaintiff's petition to rehear is DENIED as moot.

IT IS SO ORDERED this _/2_ day of July, 2005.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___07-13-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 1:03-CV-01037 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

William L. Johnson
NWCX - Site 2
#337618
960 State Route 212
Tiptonville, TN 38079

Michael B. Schwegler
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT